WR-81,953-06
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/23/2015 4:52:16 PM
Accepted 1/26/2015 8:14:35 AM
ABEL ACOSTA
CLERK

No._____

In the
Court of Criminal Appeals of Texas
At Austin

RECEIVED
COURT OF CRIMINAL APPEALS
1/26/2015
ABEL ACOSTA, CLERK

———————◆———————

**IN RE THE STATE OF TEXAS
EX REL. MICHAEL MUNK**
*Relator*
V.
**HON. CARTER SCHILDKNECHT, PRESIDING JUDGE,
106TH DISTRICT COURT OF TEXAS**
*Respondent*

———————◆———————

**STATE'S MOTION FOR LEAVE TO FILE
APPLICATION FOR WRIT OF PROHIBITION**

———————◆———————

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 72.1 of the Texas Rules of Appellate Procedure, and files this motion for leave to file an application for a writ of prohibition, and, in support thereof, presents the following:

1. On October 6, 2014, Relator petitioned the 11th Court of Appeals for writs of mandamus and prohibition regarding an order by Respondent that would require the State to generate and provide criminal histories for all of the

State's non-law-enforcement witnesses in the Gaines County case of *State v. Desirae Mata*, cause 14-4487.

2. On November 10, 2014, the 11th Court of Appeals issued an opinion conditionally granting Relator's request for mandamus relief. Respondent withdrew her earlier order and issued a new order complying with the opinion.

3. Following the issuance of the 11th Court of Appeals' opinion, defendants have on numerous occasions presented Respondent with requests for discovery similar to the request that resulted in the order at issue in *Mata*. Respondent continues to order the State to provide discovery that Respondent does not have the authority or discretion to order, in violation of article 39.14 of the Texas Code of Criminal Procedure and the opinion of the 11th Court of Appeals.

4. The State has no adequate remedy at law, because the State has no privilege to appeal a pretrial discovery order. The action the State seeks to prohibit is a ministerial duty not subject to judicial discretion. The State has a clear right to the relief requested.

5. Because Respondent continues to order that discovery be provided that Respondent has neither the discretion nor the authority to order, the State requests leave to file its Application for Writ of Prohibition with this

honorable Court, and thereafter prays that this Court issue the Writ of Prohibition ordering the trial court to refrain from ordering (1) that the State generate criminal histories for its non-law-enforcement witnesses that it does not already possess, and (2) that the State provide criminal histories of its non-law-enforcement witnesses to defendants in the absence of a showing of good cause, materiality, and possession by the State.

WHEREFORE, the State prays that this Court will grant the State's motion for leave to file its application for a writ of prohibition.

Respectfully submitted,

**Michael Munk**
District Attorney
106th Judicial District
P.O. Box 1124
Lamesa, Texas 79331
(806) 872-2259
(806) 872-3174 fax
Bar No. 24052943

## CERTIFICATE OF SERVICE

I, Michael Munk, District Attorney for the 106th Judicial District, hereby certify that a true copy of the above and foregoing Motion for Leave to File Application for Writ of Prohibition was transmitted by email to Judge Carter T. Schildknecht, on this the 23rd day of January, 2015.

_____
Michael Munk
ATTORNEY FOR STATE